**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| PATRICK S. TOLIVER (#645258) | CASE NO. 16-1230-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CADDO SHERIFF'S OFFICE, ET AL. | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 10), noting the absence of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's § 1983 complaint is **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 16th day of May, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE